UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Cristian Andres Salto Carchi
Petitioner

Case No. 6:26-cv-00804

VS.
Bondi, et al.
Respondents

Judge
Magistrate Judge

**ORDER**

IT IS ORDERED that Emilie M. Erickson be and is hereby admitted to the bar of this Court to appear pro hac vice on behalf of Petitioner Cristian Andres Salto Carchi in the above-referenced action.

SO ORDERED on this, the 19th day of Mar., 2026.

U.S. Magistrate Judge