UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CRISTIAN ANDRES SALTO CARCHI                CIV. ACTION NO. 6:26-CV-0804 SEC P

VERSUS                                      JUDGE JERRY EDWARDS

PAMELA JO BONDI ET AL                       MAGISTRATE JUDGE DAVID J. AYO

**MEMORANDUM ORDER**

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS under 28 U.S.C. § 2241 [Doc. 1] filed by Petitioner Cristian Andres Salto Carchi ("Salto Carchi"), an immigration detainee at the Pine Prairie ICE Processing Center in Pine Prairie, Louisiana.  Salto Carchi asks that Respondents show cause within three days why he should not be released.  [Doc. 16].

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018) (Hanna, M.J.)[1].  And this Court has determined that a 21 day briefing schedule with seven days to reply is reasonable and appropriate in cases like Salto Carchi's.

Accordingly, the MOTION [Doc. 16] is GRANTED to the extent it seeks expedited briefing, but DENIED to the extent is seeks a response within three days.  IT IS ORDERED

---

[1] Under Rule 1(b), the Rules Governing § 2254 Cases also apply to § 2241 habeas cases. *See Hickey v. Adler*, 2008 WL  835764, *2 (E.D. Cal. 2008); *Castillo v. Pratt*, 162 F. Supp. 2d 575, 577 (N.D. Tex. 2001); *Wyant v. Edwards*, 952 F. Supp. 348 (S.D. W.Va. 1997); *see also Taylor v. Gusman*, 20-CV-449, 2020 WL 1848073, at *1 (E.D. La. Apr. 13, 2020) ("District courts are therefore free to apply these rules to habeas petitions brought under 28 U.S.C. § 2241.").

that a Response to the PETITION be filed within 21 days of this Order.[2]  Salto Carchi shall

have seven days within which to file a reply.

THUS DONE in Chambers on this 27th day of March, 2026.

David J. Ayo
United States Magistrate Judge

---

[2] The Government has appeared in this case, which was transferred to this Court from the United States District Court for the District of Minnesota.

2