UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

Cristian Andres Salto Carchi
Petitioner

Case No. 6:26-cv-00804

VS.

Bondi, et al.
Respondents

Judge
Magistrate Judge

**ORDER**

Before the Court is Petitioner's Motion for Leave to File Amended Petition for Writ of Habeas Corpus.

IT IS ORDERED that the Motion is hereby **GRANTED.**

The Clerk shall file into the record the Amended Petition (Doc. 23-2).

SO ORDERED on this, the 16th day of Apr., 2026.

U.S. Magistrate Judge