**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**CRISTIAN ANDRES SALTO CARCHI**     **CIVIL ACTION NO. 26-804 SEC P**

**VERSUS**                           **JUDGE EDWARDS**

**PAMELA JO BONDI ET AL**            **MAG. JUDGE DAVID J. AYO**

**MEMORANDUM ORDER**

Before the Court is a habeas Petition (ECF No. 25) (the "Petition") and an Emergency Motion for Temporary Restraining Order ("TRO") and Preliminary Injunction (ECF No. 26) (the "Motion"). The Court previously granted the Motion in part—issuing a fourteen-day TRO and requesting further briefing. *See* ECF No. 27. "A court may grant a single fourteen-day extension to a temporary restraining order for good cause shown." *Hernandez v. Erazo,* No. 22-1069, 2022 WL 17490682, at *3 (W.D. Tex. Oct. 31, 2022) (citing Fed. R. Civ. P. 65(b)(2)). We do so here because "the grounds for originally granting the temporary restraining order continue to exist," *see id.* (citation omitted), and we need more "'time to fully consider the [underlying habeas petition].'" *See Flying Cross Check, L.L.C. v. Cent. Hockey League, Inc.,* 153 F. Supp. 2d 1253, 1260 (D. Kan. 2001) (quoting *S.E.C. v. Comcoa Ltd.,* 887 F.Supp. 1521, 1526 n. 7 (S.D.Fla.1995)). Thus, **IT IS ORDERED** that the TRO is hereby **EXTENDED** for an additional fourteen (14) days from the signing of this Order

**THUS DONE AND SIGNED** this 4th day of May, 2026.

*[signature: Jerry Edwards, Jr.]*

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**