**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **CRISTIAN A. SALTO CARCHI** | ) | **CIVIL ACTION NO: 26-cv-00804** |
| | ) | |
| **VERSUS** | ) | **JUDGE EDWARDS** |
| | ) | |
| **PAMELA BONDI, *ET AL.*** | ) | **MAGISTRATE JUDGE AYO** |
| | ) | |

# ORDER

Considering the Unopposed Motion for Leave to File a Surresponse to Petitioner's Reply in Further Support of Amended Petition

IT IS ORDERED that the motion is GRANTED, and the Federal Respondents are permitted to file their surresponse, in the record.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 6th day of May 2026.

David J. Ayo
United States Magistrate Judge